IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

VERDELL MAYS,                          )
                                       )
                    Petitioner,        )
                                       )
vs.                                    )          CIV-16-1289-R
                                       )
THOMAS SCARANTINO, Warden,             )
                                       )
                    Respondent.        )

REPORT AND RECOMMENDATION

With his Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 Petitioner

has filed a motion for leave to proceed *in forma pauperis* (Doc. #2) and supporting

documents.  Having reviewed said motion, the undersigned finds that Petitioner has sufficient

financial resources to pay the $5.00 filing fee.  Because he does not qualify for authorization

to proceed without prepayment of the filing fee, Petitioner's motion should be denied, and

he should be required to pay the full filing fee for this action to proceed.

RECOMMENDATION

Based on the foregoing findings, it is recommended that the motion  for leave to

proceed *in forma pauperis* (Doc. #2) be DENIED and the action be dismissed without

prejudice unless Petitioner pays the full filing fee to the Clerk of the Court by December 5th,

2016.   Petitioner is advised of his right to file an objection to this Report and

1

Recommendation with the Clerk of this Court by     December 5th , 2016, in accordance with

28 U.S.C. § 636 and LCvR 72.1.   The failure to timely object to this Report and

Recommendation would waive appellate review of the recommended ruling.  Moore v.

United States of America, 950 F.2d 656 (10th Cir. 1991); cf. Marshall v. Chater, 75 F.3d

1421, 1426 (10th Cir. 1996) ("Issues raised for the first time in objections to the magistrate

judge's recommendation are deemed waived.").

    This Report and Recommendation disposes of all issues referred to the undersigned

Magistrate Judge in the captioned matter.

    ENTERED this     14th     day of                 November , 2016.


GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE